# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0261.  ERROL M. WINDHOM v. THE STATE.**

Errol M. Windhom was convicted by a jury of armed robbery.  His convictions were affirmed on appeal.  See *Windhom v. State*, 326 Ga. App. 212 (756 SE2d 296) (2014).  Windhom subsequently filed an extraordinary motion for new trial, which the trial court denied.  Windhom then filed this direct appeal.  We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/04/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*